

Slone, Arland & Lisa  09-54615

# FILED

2010 JUN 23 AM 11:07

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | American Infosource Lp As Agent for | $777.06 | $10.42 |
| 3 | American Infosource Lp As Agent for | $313.39 | $4.20 |
| 4 | Chase Bank USA, N.A. | $1,956.60 | $26.24 |
| 5 | Chase Bank USA, N.A. | $3,339.49 | $44.79 |
| 6 | Discover Bank | $3,324.58 | $44.59 |
| 7 | PYOD LLC its successors and assigns as assignee of | $9,511.21 | $127.55 |
| 8 | PYOD LLC its successors and assigns as assignee of | $15,457.52 | $207.30 |
| 9 | PYOD LLC its successors and assigns as assignee of | $12,611.80 | $169.14 |
| 10 | Fia Card Services, NA/Bank of America | $3,677.00 | $49.31 |
| 11 | Fia Card Services, NA/Bank of America | $4,443.09 | $59.59 |
| 12 | Fia Card Services, NA/Bank of America | $7,766.44 | $104.15 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |

Check # 1014
receipt # 81562

UST Form 101-7-TFR (9/1/2009) (Page: 10)

09-54615-mss   Doc 24   FILED 06/16/10   ENTERED 06/16/10 16:15:00   Page 10 of 11
09-54615-mss   Doc 27   FILED 06/23/10   ENTERED 06/23/10 11:19:14   Page 1 of 1